UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNELL PONTON,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF PA.,<br>et al.,<br><br>    Defendants. | Civil No. 10-1514 (JBS)<br><br>**ORDER** |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **17th** day of **May**, 2010,

ORDERED that Plaintiff's application to proceed in forma pauperis is GRANTED and the Clerk shall file the Complaint; and it is further

ORDERED that Plaintiff's motion [Docket Entry #3] to disqualify Judge Davis is DISMISSED AS MOOT; and it is further

ORDERED that Plaintiff's motion [Docket Entry #4] to file an Amended Complaint is GRANTED and the Clerk shall file Docket Entry #3-1 as Plaintiff's Amended Complaint; and it is further

ORDERED that the Complaint and Amended Complaint are DISMISSED WITH PREJUDICE; and it is finally

ORDERED that the Clerk shall serve this Order and the accompanying Opinion on Plaintiff by regular mail and shall close the file.

                                              **s/ Jerome B. Simandle**
                                              **JEROME B. SIMANDLE, U.S.D.J.**
                                              (By Designation, 28 U.S.C. § 292(b))